IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01065-PSF-MJW

FEDERAL TRADE COMMISSION,

    Plaintiff,

    v.

PHILLIP W. RANNEY, individually;
ARMOR MORTGAGE;
ABACUS MORTGAGE;
COMMUNITY HOMEBANC MORTGAGE SERVICES, INC.;
HARBOR PACIFIC FUNDING, INC.;
HIGH CENTER, INC.;
LENDING STRATEGIES OF COLORADO, INC.;
LITE REALTY CORP.;
PWR PROCESSING, INC., d/b/a First Source America Mortgage Corp., d/b/a NexLoan;
PWR PRESS, INC.;
SOURCE FUNDING COMPANY, Colorado corporations;
KACE, LLC, dba Aristocrat Mortgage, a Colorado limited liability company; and
MORTGAGE WATCH, a California corporation;

    Defendants; and

KATHLEEN A. RANNEY, individually,

    Relief Defendant.

## ORDER DIRECTING SUBMISSION OF ADDITIONAL INFORMATION ON RECEIVER'S APPLICATION FOR APPROVAL OF FEES

This matter comes before the Court on the motion of the Receiver, Harvey Sender, for approval of fees and expenses and order liquidating the assets and terminating the receivership (Dkt. # 128). The motion requests the approval of receiver's fees of $9,843.82 to be paid out of receivership assets of $11,623.52.

Although a schedule of assets is attached to the motion, there is no explanation or detail of the time spent, the services performed, or the rates charged by the receiver that explain or justify the amount of fees requested in light of the amount of the assets recovered.

Accordingly, the receiver is directed to submit additional information detailing the time expended, the services performed and the rates charged by the receiver in support of his request for fees and expenses in accordance with the Order appointing the receiver entered by this Court on August 13, 2004 (Dkt. # 81).

Dated: April 2, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge