IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01065-PSF-MJW

FEDERAL TRADE COMMISSION,

    Plaintiff,

    v.

PHILLIP W. RANNEY, individually;
ARMOR MORTGAGE;
ABACUS MORTGAGE;
COMMUNITY HOMEBANC MORTGAGE SERVICES, INC.;
HARBOR PACIFIC FUNDING, INC.;
HIGH CENTER, INC.;
LENDING STRATEGIES OF COLORADO, INC.;
LITE REALTY CORP.;
PWR PROCESSING, INC., d/b/a First Source America Mortgage Corp., d/b/a NexLoan;
PWR PRESS, INC.;
SOURCE FUNDING COMPANY, Colorado corporations;
KACE, LLC, dba Aristocrat Mortgage, a Colorado limited liability company; and
MORTGAGE WATCH, a California corporation;

    Defendants; and

KATHLEEN A. RANNEY, individually,

    Relief Defendant.

## ORDER ON DEFENDANT'S MOTION TO MODIFY OR VACATE JUDGMENT

    This matter comes before the Court on Defendant's Motion to Modify or Vacate Judgment filed June 18, 2007 (Dkt. # 134).  Plaintiff has not filed a response to the motion.  Nonetheless, the Court finds there is no valid grounds to set aside the Final Judgment entered February 22, 2005 (Dkt. # 126).  Defendant's motion cites no valid

basis under Rule 60, F.R.Civ.P., for modifying or vacating the judgment entered more than two years ago,

It is therefore ordered that Defendant's Motion to Modify or Vacate Judgment (Dkt. # 134) is DENIED.

DATED: August 24, 2007

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge